No. 79–1388.  KIRCHBERG v. FEENSTRA ET AL.  Appeal from C. A. 5th Cir.  Motion of appellee Feenstra for leave to proceed in forma pauperis granted.  Probable jurisdiction noted.

No. 79–700.  WALTER FLEISHER Co., INC. v. COUNTY OF LOS ANGELES ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari granted.

No. 79–1266.  STEADMAN v. SECURITIES AND EXCHANGE COMMISSION.  C. A. 5th Cir.  Certiorari granted.

No. 79–390.  CITY OF ANNISTON, ALABAMA, ET AL. v. SCOTT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 79–915.  DOMINGUEZ v. BEAME, MAYOR OF NEW YORK CITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 79–1141.  MORA v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 79–1179.  BALISTRIERI v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 79–1195.  PENROD v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 79–1263.  JAHODA v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 79–1269.  INTERNAL REVENUE SERVICE v. LONG ET VIR. C. A. 9th Cir.  Certiorari denied.